**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RECEIVED

JAN 09 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Nicholas Darius Welch
_____
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

C.C.D.O.C. Tom Dart
Sgt. Lopez
_____
_____
_____
_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

1:23-cv-00125
Judge Virginia M. Kendall
Magistrate Judge Sheila M. Finnegan
PC 2
Ca RANDOM
_____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓ _____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: Nicholas Welch

B. List all aliases: _____

C. Prisoner identification number: M53947

D. Place of present confinement: C.C.D.O.C

E. Address: 2700 S. California Ave Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Sgt. Lopez badge #355

Title: _____

Place of Employment: C.C.D.O.C

B. Defendant: C.C.D.O.C. (Tom Dart)

Title: _____

Place of Employment: C.C.D.O.C

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On date 11-8-22 In C.C.D.O.C Division 9 Wing 1F cell 1035 Time of Incident 2nd shift between 3:00 p.m. and 6:30 p.m. a Incident occured between me plantiff Nicholas Welch and defendant Sgt. Lopez. used unessesary force Sgt. Lopez came by my cell a day after a previous incident between plantiff and defendant this is the 3rd situation between plantiff and defendant this Sgt. Lopez came by my cell and taze me in which left me traumatized this employee of C.C.D.O.C could have use verbal tatic's being taze should be last result when situation is uncontrollable. Sgt. Lopez didn't care and taze me because he felt like it not because he had

To do I know it was personal because he also made some very vile comments to me in the past. I'm started to have night mares and jump up every time I here a door close thinking something going to happen to me. Result of that incident the incident should be captured on body cam please look into matter

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be Compensated, payed for all my Trouble's and Hardship and to also be payed for the trauma I have to go through do to the Incidents that occured

VI. The plaintiff demands that the case be tried by a jury.. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 12 day of 12, 20 22

Nicholas Welch
(Signature of plaintiff or plaintiffs)

Nicholas Welch
(Print name)

0567367
(I.D. Number)

2700 S. California Ave
Chicago IL, 60608
(Address)

United State District Court
219 S. Dearborn St
Chicago IL, 60604

Nicholas Welch
ID#: 0567367
Division-9-Tier-1F
P.O. Box 089002
Chicago, IL 60608





01/09/2023-21