# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Nicholas Darius Welch (2021-0921011), )
)
           Plaintiff, )
) Case No. 23 C 0125
    v. )
) Hon. Virginia M. Kendall
C.C.D.O.C., et al., )
)
           Defendants. )

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):
☐ in favor of Plaintiff (s)

and against Defendant(s)

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of Defendant(s)
and against Plaintiff(s)
Defendant(s) shall recover costs from plaintiff(s).

☒ other: Case is dismissed with prejudice for failure to state a claim.

This action was *(check one)*:
☐ tried by a jury with Judge Virginia M. Kendall presiding, and the Jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Virginia M. Kendall.

Date: 5/24/2023                       Thomas G. Bruton, Clerk of Court

                                                /s/Lynn Kandziora , Deputy Clerk